United States District Court
Southern District of Texas
**ENTERED**
July 07, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ERNESTO ALONZO RAMIREZ | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:25-cv-167 |
| | § | |
| UNITED STATES OF AMERICA | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred Plaintiff's Application to Proceed in District Court Without Prepaying Fees and Costs to United States Magistrate Judge Brian C. Bajew (Dkt. No. 8). Judge Bajew found that Plaintiff offered the Court material discrepancies between his application and his prisoner's trust fund account (Dkt. No. 22 at 3). Judge Bajew recommended denial of Plaintiff's application and *sua sponte* dismissal of this civil action (Dkt. No. 22 at 3). Judge Bajew's Report and Recommendation was mailed to Plaintiff at this last known address (Dkt. No. 23). The fourteen-day objection period has lapsed; Defendant filed a statement of no objection, and Plaintiff did not object (*see* Dkt. No. 24). *See* 28 U.S.C. § 636(b)(1).

Pursuant to Federal Rule of Civil Procedure 72(b), the Court reviewed the Report and Recommendation for clear error. *CGI Logistics, LLC v. Fast Logistik*, No. 5:23-CV-43, 2023 WL 8313341, at *2 (S.D. Tex. Dec. 1, 2023) (Garcia Marmolejo, J.) (citing *United States v. Soto*, 734 F. App'x 258, 259 (5th Cir. 2018)); *see also Cao v. BSI Fin. Servs., Inc.*, 858 F. App'x 156, 158 (5th Cir. 2021). Finding none, the Court hereby **ADOPTS IN WHOLE** Judge Bajew's Report and Recommendation (Dkt. No. 22).

Accordingly, Plaintiff's Application to Proceed in District Court Without Prepaying Fees and Costs is **DENIED** (Dkt. No. 6). The Court *sua sponte* **DISMISSES WITHOUT PREJUDICE** this civil action pursuant to *Nottingham v. Warden, Bill*

1

*Clements Unit*, 837 F.3d 438, 441 (5th Cir. 2016). Defendant's Motion for Summary Judgment is **DENIED AS MOOT** (Dkt. No. 2). Plaintiff's Motion for Appointment of Counsel is **DENIED AS MOOT** (Dkt. No. 11).

The Clerk of Court is **DIRECTED** to **TERMINATE** this civil action.

It is so **ORDERED**.

**SIGNED** July 7, 2026.

Marina Garcia Marmolejo
United States District Judge